Harold McQUEEN, Jr., Appellant,

v.

Phil PARKER, Warden, Kentucky State Penitentiary; Doug Sapp, Commissioner, Department of Corrections; and Daniel Cherry, Secretary, Justice Cabinet, Appellees.

No. 97–SC–540–MR.

Supreme Court of Kentucky.

June 30, 1997.

## OPINION AND ORDER

It is hereby ordered that the order of the Lyon Circuit Court is partially affirmed and partially reversed in that the appellant shall have personal access to the Honorable Randall Wheeler, as his attorney, for the purpose of exercising his attorney/client relationship including full communication with Mr. Wheeler beginning 9:00 p.m., CDT, until such time as counsel is removed to the witness room. During such period, Wheeler shall have telephonic communication with other counsel.

Counsel is subject to normal security procedures.

IT IS HEREBY ORDERED that Appellant's motion for a stay of his execution is DENIED.

All concur.

ENTERED: June 30, 1997.

/s/ Robert F. Stephens
Chief Justice

Harold McQUEEN, Jr., Appellant,

v.

Honorable Paul E. PATTON, Governor of the Commonwealth of Kentucky, Appellee.

No. 97–SC–539–MR.

Supreme Court of Kentucky.

June 30, 1997.

## OPINION AND ORDER

Harold McQueen, Jr., appeals from a final judgment of the Franklin Circuit Court, dated June 30, 1997, dismissing with prejudice for failure to state a claim his complaint for declaratory judgment and injunctive relief to stay his execution now scheduled for July 1, 1997. Regarding the Governor's refusal to grant clemency to McQueen, we have reviewed the pleadings and considered oral arguments of this date. With reference to the Opinion issued by this Court on June 27, 1997, we find that the Governor has complied with the requirements of Section 77 of Kentucky's Constitution.

Consequently, the Circuit Court properly dismissed the action for failure to state a claim, and its decision is AFFIRMED.

IT IS HEREBY ORDERED that Appellant's motion for injunctive relief and for a stay of his execution is DENIED.

All concur.

ENTERED: June 30, 1997.

/s/ Robert F. Stephens
Chief Justice.